# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| YANMEI PENG, Individually & as Administrator of the ESTATE OF THOMAS GLEN BULGER, Deceased, | Civil Action No. 1:15-cv-00087-LRR |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION PRO HAC VICE** |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

Michael X. Imbroscio, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Eli Lilly and Company. Michael X. Imbroscio states that he is a member in good standing of the bar of the United States District Court for the District of Columbia, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Michael X. Imbroscio further states he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Jacob D. Bylund, an attorney who has been admitted to the bar of this district under LR 83.1.b and c and who has entered an appearance in this case on behalf of Eli Lilly and Company.

*The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.*

Dated: April 21, 2016

/s/ *Michael X. Imbroscio*
Michael X. Imbroscio
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4958
T: (202) 662-5694
F: (202) 778-5694
E: mimbroscio@cov.com



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MICHAEL X. IMBROSCIO

was on **FEBRUARY 6, 1995** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **April 13, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# CERTIFICATE OF SERVICE

     I, Michael X. Imbroscio, hereby certify that, on April 26, 2016, I electronically filed the MOTION FOR ADMISSION PRO HAC VICE with the Clerk for the United States District Court for the Northern District of Iowa using the CM/ECF system, which shall send electronic notification to counsel of record.

                                               /s/ Michael X. Imbroscio
                                               Michael X. Imbroscio